Josephine Ercolino and Vincent Ercolino, Plaintiffs-Appellants, v. Harry Jaffe, Administrator of the Estate of Leonard Lieberman, Deceased, Defendant-Appellee.

Gen. No. 53,382. (Abstract of Decision.)

First District.

August 1, 1969.

Sheldon N. Reibman, Reibman & Hoffman, of Chicago (Sheldon N. Reibman and Burton L. Hoffman, of counsel), for appellants; Querrey, Harrow, Gulanick & Kennedy, of Chicago (John T. Kennedy, of counsel), for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.